IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                      Civil Action No. 1:15-cv-00143-SO

JOHN DOE, subscriber assigned IP address
173.88.159.113,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 173.88.159.113. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 26, 2015

                                              Respectfully submitted,

                                              By:   /s/ *Yousef M. Faroniya*
                                              Yousef M. Faroniya
                                              yousef@YMFincorporated.com
                                              YMF Inc.: The Law Office of Yousef M. Faroniya
                                              84 S. 4th Street
                                              Columbus, OH 43215
                                              Phone: 614-360-1855
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: /s/ *Yousef M. Faroniya*
                                          Yousef M. Faroniya